UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-2242 (DSD/DLM)

Julie Dalton, individually and
on behalf of all others
similarly situated,                                    **ORDER**

      Plaintiffs,

  v.

Columbia Sportswear Company,

      Defendant.


Based upon the submitted notice of dismissal, **IT IS HEREBY ORDERED** that all claims between the parties are dismissed without prejudice and without costs, disbursements, or fees to any party.

Dated: September 4, 2024        s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court